EXHIBIT 5



Go Plus Corporation

Go Plus Corporation
Peter Home 2
Create Page
Recent
2013

# Go Plus Corporation

Community

Like Follow Message •••

Timeline About Photos Likes Videos

**PEOPLE**

**11** likes

Invite your friends to like this Page

**ABOUT**

16 years exporting history in General Merchandise, sourcing directly from Chinese factory, most competitive price, FOB, CIF, new warehouse in vernon USA.

http://savechannel.com/

Suggest Edits

**PHOTOS**

**POSTS TO PAGE**

Post Photo / Video

Write something on this Page...

**Go Plus Corporation**
August 13, 2013 ·

Las Vegas fair is very successful, thank you for all firends' support!

Chat (37)

Like · Comment · Share · 1

**Go Plus Corporation**
August 13, 2013 ·

Go Plus Corporation Booth N1241

**Dirk Richmond**
March 23 at 11:55pm

You shipped to the wrong address and now you don't respond to PayPal. Not a sign of a legitimate business.

Like · Comment

**Brenda Perkins Kominski**
December 18, 2014 at 2:37pm

This company is terrible!! You sent me defective merchandise which I... See More

Like · Comment

**Andrew Feenaughty**
November 1, 2014 at 4:45am

is there somewhere I can order parts from, for this 12000 pound winch I got from you guys, B00F2GXVSA

Like · Comment



Like · Comment · Share · 👍 1

**Go Plus Corporation**
August 13, 2013

2013 ASD fair in Lasvegas. August 4th---7th



Like · Comment · Share · 👍 1

See More Stories