EXHIBIT 6

YOU ARE HERE:    Home    New Coffee 35 K-Cups Pods Carousel Storage Holder Rack Organizer K Cups Cup



### New Coffee 35 K-Cups Pods Carousel Storage Holder Rack Organizer K Cups Cup

Be the first to review this product    FDS # :HW47457

Availability:

**$16.95**

Quantity: 0

ADD TO CART

BUY NOW

ADD TO FAVOU...

This Is Our 35 K-Cups Pod Carousel, Which Allow Everyone To Easily Choose Their Desi... Flavor.

### Specifications

- Color: Black
- Material: High Grade Steel Powder-Coat Finish
- Dimensions:13"(H) ×7"Dia
- Weight :3.53lbs
- Package Size:15"×8"×8"(L×W×H) Package Include:
- 1×35 K-Cups Pod Carousel

**Product Details** | Customer reviews

- Brand New And High Quality
- Holds 35 Cups Portion Packs For The Single Serve Brewing System(Cups Portion Packs Not Included)
- Sttin Black Finish
- Base Rotative For Easy Access
- For Decorative And Indoor Use Only

Connect with us:    Featured Partners: VISA MasterCard PayPal    Input keywords

| Company Info | Customer Service | Payment & Shipping | Company Policies | Delivery Manager |
|---|---|---|---|---|
| About Us | Customer Service | Payment Methods | Return Policy | |
| Location & Working Hours | Contact Us | Shipping Guide | Privacy Policy | |

Site Map
Our Guarantee
Track Your Order
Halp Page And Knowledge Base
Locations We Ship To
Estimated Delivery Time
Terms Of Use

Copyright © 1999-2013 Save Channel.com Ningbo Limited and licensors. All rights reserved.