EXHIBIT 7



You purchased this item on January 29, 2015.
View this order

Roll over image to zoom in

iper buy K-Cups Pods Carousel orage Coffee Holder Rack ganizer K Cups Cup
Super buy
he first to review this item

e: $23.98 & **FREE Shipping**

Stock.
ps from and sold by Super buy.

- Material: High Grade Steel Powder-Coat Finish
- Dimensions:13"(H) ×7"Dia
- Weight :3.53lbs
- Package Size:15"×8"×8"(L×W×H)
- For Decorative And Indoor Use Only

Share

Qty: 1

$23.98 + Free Shipping
In Stock. Sold by **Super buy**

Add to Cart

Turn on 1-Click ordering

Add to Wish List

Have one to sell? Sell on Amazon

**Sponsored by InterDesign**

InterDesign Spa Basket, Coral
(17)
$8.99

Ad feedback

## Customers Who Viewed This Item Also Viewed

Page 1 of 14

K-Cup Carousel - Holds 35 K-Cups in Black
1,297
$20.99

Nifty Carousel for 35 K-Cups, Chrome
1,297
$17.95

35 K-cup Storage Carousel (Powder Coated Black)
22
$18.95

## Special Offers and Product Promotions

- **Get a $100 Amazon.com Gift Card:** Get the Discover it card and get a **$100.00** Amazon.com Gift Card* after your first purchase within 3 months. Learn more.

## Product Details

**Shipping Information:** View shipping rates and policies

**ASIN:** B00NOG4XBY

**Average Customer Review:** Be the first to review this item

**Amazon Best Sellers Rank:** #251,080 in Home & Kitchen (See Top 100 in Home & Kitchen)
#36 in Home & Kitchen > Bath > Bathroom Accessories > Holders & Dispensers > **Cup Holders**

**Product Warranty:** For warranty information about this product, please click here

Would you like to **give feedback on images** or **tell us about a lower price**?

## Product Description

This Is Our 35 K-Cups Pod Carousel, Which Allow Everyone To Easily Choose Their Desired Flavor.

**Product Ads from External Websites** (What's this?)   **Sponsored Content**

   

| Anchor Hocking Fresco Bamboo Coffee Pod Holder Cookbook Holders | Wallace Rotating Coffee Pod Cabinet | Fridge/Wall Mount Coffee Pod Dispenser | Coffee Pod Display Rack - 50 Capacity |
|---|---|---|---|
| $11.99 | (3) | (57) | (156) |
| No Shipping Info | $79.99 | $17.99 | $19.99 |
| Oneida Ltd | + Free Shipping | + $5.00 Est. shipping | + $5.00 Est. shipping |
|  | Mikasa (Official Site) | QVC | QVC |

Ad feedback

**Customers viewing this page may be interested in these sponsored links** (What's this?)

- **Best K Cup Holder**    -   Best K **Cup Holder**. Search Now! Over 85 Million Visitors.   www.about.com/Best+K+**Cup**+**Holder**
- **K-Cups on Sale Now**   -   Home of the 40¢ Single-**Cup** Free Shipping + Samples   www.**coffee**giant.com/
- **K Cup Tower**    -   Explore K **Cup** Tower. More on Ask.com. Get Answers Now!   www.ask.com/K+**Cup**+Tower

See a problem with these advertisements? Let us know

## Customer Questions & Answers

See questions and answers

## Customer Reviews

**There are no customer reviews yet.**

5 star
4 star
3 star
2 star
1 star

Share your thoughts with other customers

Write a customer review

**$1.00 off coupon**
Nature Made Vitamins

Ad feedback

**15% off coupon**
on select Marley Coffee®
Offer ends on or before 3/1/15

**Feedback**

▸ If you have a question or problem, visit our **Help pages**.                                                                 Ad feedback

▸ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

---

**Your Recently Viewed Items and Featured Recommendations**

Loading.

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Sell Your Services on Amazon | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Sell Your Apps on Amazon | Amazon.com Corporate Credit Line | Amazon Prime |
| Amazon and Our Planet | Become an Affiliate | Shop with Points | Returns & Replacements |
| Amazon in the Community | Advertise Your Products | Credit Card Marketplace | Manage Your Content and Devices |
| Amazon Devices | Self-Publish with Us | Amazon Currency Converter | Help |
|  | › See all |  |  |

**amazon.com**

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | ACX<br>Audiobook Publishing<br>Made Easy | AfterSchool.com<br>Kids' Sports, Outdoor<br>& Dance Gear | Alexa<br>Actionable Analytics<br>for the Web | AmazonFresh<br>Groceries & More<br>Right To Your Door | Amazon Local<br>Great Local Deals<br>in Your City |
| AmazonSupply<br>Business, Industrial<br>& Scientific Supplies | Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Bookworm.com<br>Books For Children<br>Of All Ages | Casa.com<br>Kitchen, Storage<br>& Everything Home |
| ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations |
| IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Look.com<br>Kids' Clothing<br>& Shoes | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials |
| TenMarks.com<br>Math Activities<br>for Kids & Schools | Vine.com<br>Everything<br>to Live Life Green | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot!<br>Discounts and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2015, Amazon.com, Inc. or its affiliates