EXHIBIT 8



Discover beautiful things on Amazon, updated daily    SHOP

**amazon** Prime

Shop by **Department** ▾    Home & Kitchen ▾    [search]    Peter's Amazon.com Help    Today's Deals    Gift Cards    Sell

Hello, Peter **Your Account** ▾    Your **Prime** ▾    Wish **List** ▾    🛒 **1** Cart ▾

Father's Day Savings
Sponsored by DEWALT

**Kitchen & Dining**    Best Sellers    Small Appliances ▾    Kitchen Tools ▾    Cookware ▾    Bakeware ▾    Cutlery ▾    Dining & Entertaining ▾    Storage & Organization ▾

Home & Kitchen  ›  Kitchen & Dining  ›  Storage & Organization  ›  Kitchen Storage & Organization Accessories



Roll over image to zoom in

ffee 35 K-cups Pods
el Storage Holder Rack
er K Cups Cup

ion Product Accessories
o review this item

99 & **FREE SHIPPING**

gible for Amazon Prime.

s within 3 to 4 days.
nd sold by Suwatshop.

**elivery Date:** June 24 - July 13 when you
dard at checkout.

nd new and high quality. // Shipping time 5-15

- w and high quality Holds 35 cups portion packs gle serve brewing system(cups portion packs not included) Sttin black finish Base rotative for easy access For decorative and indoor use only
- Color: Black Material: High Grade Steel powder-coat finish Dimensions:13"(H) ×7"Dia Weight :3.53lbs Package Size:15"×8"×8"(L×W×H)
- Package include: 1×35 K-Cups Pod Carousel

**3 new** from **$35.49**



**Summer Recipes**
from Kitchen Shorts
›Learn more

Share ✉ f ✕ 📌

Qty: 1 ▾

**$39.99** + Free Shipping

In stock. Usually ships within 3 to 4 days.

Sold by **Suwatshop**

🛒 **Add to Cart**

or 1-Click Checkout

👆 **Buy now with 1-Click®**

**Ship to:**

Peter Nikolai- Minneapolis ▾

Add to Wish List ↕

Add to Wedding Registry

**Other Sellers on Amazon**

**3 new** from **$35.49**

Have one to sell?    Sell on Amazon


**Sponsored by Mind Reader**

Anchor Coffee Pod Drawer for 36 Keurig K-...
 (2,372)
**$19.99**


Ad feedback 💬

## Customers Who Viewed This Item Also Viewed

Page 1 of 7

‹


Nifty Carousel for 35 K-Cups, Chrome
★★★★★ 1,465
$19.99 ✓Prime


DecoBros 3 Tier Drawer Storage Holder 54 Keurig Coffee Pod
★★★★½ 595
$18.87 ✓Prime


Coffee Pod K- Cup storage spinning Carousel (holds 35 cups)
★★★★★ 29
$18.50 ✓Prime

›

## Special Offers and Product Promotions

- Thank you for being a Prime member. Get a **$40.00** **gift card instantly** upon approval for the **Amazon.com Store Card**. Apply now.

## Product Description

New Coffee 35 K-Cups Pods Carousel Storage Holder Rack Organizer K Cups Cup #B536

## Product Details

**Shipping Information:** View shipping rates and policies

**ASIN:** B00SS172ZY

**Average Customer Review:** Be the first to review this item

**Amazon Best Sellers Rank:** #504,444 in Kitchen & Dining (See Top 100 in Kitchen & Dining)

**Product Warranty:** For warranty information about this product, please click here

Would you like to **give feedback on images** or **tell us about a lower price**?

---

**Feedback**

▸ If you have a question or problem, visit our **Help pages**.

▸ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

---

## Product Ads from External Websites (What's this?)

Sponsored Content     Page 1 of 5

◄               ►

Mind Reader 11-Compartment Coffee Organizer
★★★★★ (25)
**$24.99**
**+ Free Shipping**
▾ **HSN**

Mind Reader 36-ct. K-Cup Anchor Storage Drawer
★★★★☆ (2,372)
**$24.99**
No Shipping Info
▾ **JCPenney.com**

Coffee Pod Display Rack - 50 Capacity
★★★★☆ (189)
**$19.99**
+ $5.00 Est. shipping
▾ **QVC, Inc.**

Mind Reader 42-Capsule Free Fall Nespresso Dispenser
★★★★☆ (57)
**$17.99**
**+ Free Shipping**
▾ **HSN**

Ad feedback 

---

## Customer Questions & Answers

See questions and answers

---

## Customer Reviews

**There are no customer reviews yet.**

5 star [                    ]          Share your thoughts with other customers
4 star [                    ]

3 star

2 star

1 star

[ Write a customer review ]



**Traps & locks dirt**
so it doesn't get
pushed around.

Swiffer WetJet Spray,
Mop Floor Cleaner
Starter Kit (Packaging
May Vary)
★★★☆☆ (978)
~~$22.26~~ **$17.97**

[ Add to Cart ]

Ad feedback

## Customers viewing this page may be interested in these sponsored links (Who's this?)

- **Kitchen Storage Racks**
  - Kitchen & Restaurant **Storage Racks** Low Price Guarantee. Free Shipping!
  - www.theironchef.com/**storage**-equipment

- **Hänel Storage Systems**
  - Automated Vertical **Storage** Save Space & Boost Productivity
  - www.hanel.us/

- **Starbucks® K-Cup® Packs**
  - Finest **Coffee** Beans in K-**Cup**® Packs Available Where You Buy Groceries
  - www.starbucks.com/K-**Cup**

Ad feedback

## Your Recently Viewed Items and Featured Recommendations



Loading.





Ad feedback

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Sell Your Services on Amazon | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Sell Your Apps on Amazon | Amazon.com Corporate Credit Line | Amazon Prime |
| Amazon and Our Planet | Become an Affiliate | Shop with Points | Returns & Replacements |
| Amazon in the Community | Advertise Your Products | Credit Card Marketplace | Manage Your Content and Devices |
| Amazon Devices | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Vendor | | |
| | › See all | | |

**amazon**.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

| | | | | | | |
|---|---|---|---|---|---|---|
| **6pm**<br>Score deals<br>on fashion brands | **AbeBooks**<br>Rare Books<br>& Textbooks | **ACX**<br>Audiobook Publishing<br>Made Easy | **AfterSchool.com**<br>Kids' Sports, Outdoor<br>& Dance Gear | **Alexa**<br>Actionable Analytics<br>for the Web | **Amazon Business**<br>Everything For<br>Your Business | **AmazonFresh**<br>Groceries & More<br>Right To Your Door |
| **Amazon Local**<br>Great Local Deals<br>in Your City | **Amazon Home Services**<br>Handpicked Pros<br>Happiness Guarantee | **Amazon Web Services**<br>Scalable Cloud<br>Computing Services | **Audible**<br>Download<br>Audio Books | **BeautyBar.com**<br>Prestige Beauty<br>Delivered | **Book Depository**<br>Books With Free<br>Delivery Worldwide | **Casa.com**<br>Kitchen, Storage<br>& Everything Home |
| **ComiXology**<br>Thousands of<br>Digital Comics | **CreateSpace**<br>Indie Print Publishing<br>Made Easy | **Diapers.com**<br>Everything<br>But The Baby | **DPReview**<br>Digital<br>Photography | **East Dane**<br>Designer Men's<br>Fashion | **Fabric**<br>Sewing, Quilting<br>& Knitting | **Goodreads**<br>Book reviews<br>& recommendations |
| **IMDb**<br>Movies, TV<br>& Celebrities | **Junglee.com**<br>Shop Online<br>in India | **Kindle Direct Publishing**<br>Indie Digital Publishing<br>Made Easy | **Look.com**<br>Kids' Clothing<br>& Shoes | **MYHABIT**<br>Private Fashion<br>Designer Sales | **Shopbop**<br>Designer<br>Fashion Brands | **Soap.com**<br>Health, Beauty &<br>Home Essentials |
| **TenMarks.com**<br>Math Activities<br>for Kids & Schools | **VineMarket.com**<br>Everything<br>to Live Life Green | **Wag.com**<br>Everything<br>For Your Pet | **Warehouse Deals**<br>Open-Box<br>Discounts | **Woot!**<br>Discounts and<br>Shenanigans | **Yoyo.com**<br>A Happy Place<br>To Shop For Toys | **Zappos**<br>Shoes &<br>Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads  © 1996-2015, Amazon.com, Inc. or its affiliates